

**THE SESSIONS FIRM**
**SESSIONS FISHMAN NATHAN & ISRAEL** L.L.C.
ATTORNEYS AT LAW

AARON R. EASLEY
aeasley@sessions-law.biz

May 6, 2014

**Via Facsimile (973) 645-3020 and Email: njdnef_clark@njd.uscourts.gov**

Chambers of the Honorable
James B. Clark III
United States Magistrate Judge
U.S. District Court of New Jersey
2 Federal Square, Court Room PO 01
Newark, New Jersey 07102

*Defendants' request to adjourn the initial conference is denied. The initial conference will proceed as scheduled.*

**SO ORDERED**
s/James B. Clark
James B. Clark, U.S.M.J.
Date: May 8, 2014

Re: *Lopes-Moreira, et al. v NCO Financial Systems, Inc.*
USDC NJ; Case No. 2:13-cv-07889-FSH-JBC

Dear Judge Clark:

SESSIONS, FISHMAN, NATHAN & ISRAEL, L.L.C. represents Defendant NCO Financial Systems, Inc. ("NCO") in the above-matter.

Pursuant to the Court's letter order dated May 5, 2014, Doc. No. 13, directing the parties to "advise the Court immediately, in writing, regarding the nature of the motion and its present status," please accept this letter as notice that NCO filed a motion to dismiss on February 4, 2014 pursuant to Fed.R.Civ.P. 12(b)(6) for failure to state a claim on which relief may be granted, Plaintiff opposed and NCO replied. Doc. Nos. 5, 9 & 10. The motion remains pending at this time before the Honorable Faith S. Hochberg.

This letter should also serve as NCO's request that the scheduling conference set by the letter order be adjourned until such time as the Court rules on the pending motion.

Respectfully submitted,

Aaron R. Easley, Esq.

ARE:kmj
cc: Ryan Leyland Gentile, Esq. (via electronic mail)
Michael D. Slodov, Esq. (via electronic mail)

3 Cross Creek Drive  Flemington, New Jersey  08822-4938
(908) 237-1660  (908) 237-1663 F  www.sessions-law.com

CALIFORNIA ■ COLORADO ■ FLORIDA ■ GEORGIA ■ ILLINOIS ■ LOUISIANA ■ NEW JERSEY ■ NEW YORK ■ OHIO ■ TEXAS