# LAW OFFICES OF
## GUS MICHAEL FARINELLA PC

| | |
|---|---|
| 147 West 35th Street - Suite 1008<br>New York, New York 10001<br>Telephone (212) 675-6161<br>Facsimile   (212) 675-4367 | 110 Jericho Turnpike – Suite 100<br>Floral Park, New York 11001<br>Telephone 516-326-2211<br>Facsimile 516-305-5566 |

Gus Michael Farinella
Admitted NY & DC

Ryan L. Gentile
Admitted NY & NJ

May 22, 2014

<u>Via Facsimile (973) 645-3020 and Email: njdnef_clark@njd.uscourts.gov</u>

Magistrate Judge James B. Clark
Martin Luther King Building & U.S. Courthouse
50 Walnut Street – Courtroom 1
Newark, NJ 07101

   Re: LOPES MOREIRA v. NCO FINANCIAL SYSTEMS, INC
      Civil Action No. 2:13-cv-07889-FSH-JBC

Dear Judge Clark:

  The Law Offices of Gus Michael Farinella, PC represents the Plaintiff Nelma Lopes Moreira in the above matter.

  With the consent of our adversary, we herein request an adjournment of the initial conference scheduled for June 16, 2014 at 3:30 PM. As requested, we herein propose the alternative date of June 24, 2014 at 2:00 PM.

  Thank you for your anticipated attention and cooperation to this matter

Respectfully submitted

Law Offices of Gus Michael Farinella, PC

By: _/s/ Ryan Gentile_
   Ryan Gentile, Esq.

Cc: Aaron R. Easley, Esq. (via electronic mail)
   Michael D. Slodov, Esq (via electronic mail)

*[Handwritten order:]* The initial conference scheduled for June 16 is adjourned and rescheduled for June 26 at 2:00 p.m.

SO ORDERED
s/James B. Clark
James B. Clark, U.S.M.J.
Date: May 27, 2014