Ryan L. Gentile, Esq.
Law Offices of Gus Michael Farinella, PC
147 West 35th Street
Suite 1008
New York, NY 10001
Tel: 201-873-7675
Attorney for Plaintiff, Nelma S. Lopes Moreira,
on behalf of herself and all others similarly situated

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
---------------------------------------------------------X
NELMA S. LOPES MOREIRA,
on behalf of herself and all others
similarly situated                                                  Civil Action No. 2:13-cv-07889-FSH-JBC

                        Plaintiff,
v.                                                                              **ORDER GRANTING PRO HAC**
                                                             **VICE ADMISSION**

NCO FINANCIAL SYSTEMS, INC.

                       Defendant.
---------------------------------------------------------X

      The above-entitled cause having come before the Court upon the Plaintiff's Motion for Pro Hac Vice admission of Shimshon Wexler as counsel for the Plaintiff in this case, and the Court having considered the Motion, and upon good cause appearing;

      It is on this _4th_ day of _June_ 2014 **ORDERED** as follows:

**ORDERED** that the Motion for the Order, pursuant to L. Civ. R. 101.1(c) admitting, Shimshon Wexler to practice before the Court *pro hac vice* in this action is granted and Shimshon Wexler is permitted to appear and participate in the instant action; and it is further;

**ORDERED** that Shimshon Wexler shall make payment to the New Jersey Lawyers' Fund for Client Protection for the year 2014 as provided by New Jersey Court Rule 1:28-2(a), which payment shall be made for any year in which he continues to represent a client in a matter pending in this Court; and it is further;

**ORDERED** that the Clerk of this Court shall forward a copy of this Order to the Treasurer of the New Jersey Fund for Client Protection; and it is further

**ORDERED** that Shimshon Wexler shall make payment to the Clerk of this Court in the amount of $150.00; and it is further

**ORDERED** that Shimshon Wexler shall (1) abide by this Court's rules, including all disciplinary rules; (2) consent to the appointment of the Clerk of the Supreme Court of New Jersey as agent upon whom service of process may be made for all actions against her or her firm that may arise out of her participation in this matter; and (3) notify the Court immediately of any matter affecting their standing at the bar of any other court; and it is further

**ORDERED** that all pleadings, briefs and other papers filed in this Court shall be signed by an attorney-at-law of this Court who shall be responsible for them and for the conduct of the cause and of Shimshon Wexler.

BY THE COURT:

James B. Clark, III, U.S.M.J