LAW OFFICES OF
# GUS MICHAEL FARINELLA PC

| | |
|---|---|
| 147 West 35th Street - Suite 1008 | 110 Jericho Turnpike – Suite 100 |
| New York, New York 10001 | Floral Park, New York 11001 |
| Telephone (212) 675-6161 | Telephone 516-326-2211 |
| Facsimile  (212) 675-4367 | Facsimile 516-305-5566 |

Gus Michael Farinella
Admitted NY & DC

Ryan L. Gentile
Admitted NY & NJ

July 28, 2014

<u>VIA ECF and FACSIMILE:</u> 973-645-3020

**Magistrate Judge James B. Clark, III**
United States Post Office and Courthouse Building
2 Federal Square, Courtroom 1
Newark, New Jersey 07102

        RE:    LOPES MOREIRA v. NCO FINANCIAL SYSTEMS, INC
                 Civil Action No. 2:13-cv-07889-FSH-JBC

Dear Judge Clark:

    We represent Plaintiff, Nelma S. Lopes Moreira, in the above-captioned matter and write, jointly with counsels for Defendant, to provide this Court with an update concerning the status of this matter.

    The parties are pleased to report that they have reached an agreement in principle to settle this matter, and are currently drafting the necessary papers to document the settlement. The parties are in the process of finalizing the settlement, and anticipate that a Stipulation of Dismissal will be filed shortly. Accordingly, the parties request that this Honorable Court enter a 60 day order, so that the settlement can be consummated.

    We thank the Court for its attention to this matter.

                                Respectfully,

                                Ryan Gentile

cc: AARON RAPHAEL EASLEY
    ROSS STEVEN ENDERS
    MICHAEL SLODOV